UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62135-CIV-SEITZ/O'SULLIVAN

LAURA K. and MARK S. MAIS,
        Plaintiff,

vs.

WAGNER & HUNT, P.A.,
        Defendant.
_____/

### FINAL DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court upon Court's Notice of Court Practice Upon Notice of Settlement [DE 8] and Plaintiffs' Notice of Voluntary Dismissal With Prejudice [DE 9]. Upon review, it is

ORDERED that

(1) This action is DISMISSED WITH PREJUDICE.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This CASE IS CLOSED.

DONE AND ORDERED in Miami, Florida, this 16th day of December, 2010.

                                      PATRICIA A. SEITZ
                                      UNITED STATES DISTRICT JUDGE

cc:    All counsel of record